**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **VINCENT BURCH, #206379,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 22-0225-CG-N |
| | ) |
| **ALABAMA DEPARTMENT OF CORRECTIONS, et al.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED,** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and obey the Court's order.

**DONE and ORDERED** this 1st day of March, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE